## A. THOMPSON *v.* THE STATE.

NEWLY-DISCOVERED EVIDENCE.—A new trial will not be granted on account of newly-discovered evidence of which the only object is to impeach the credit of a witness.

APPEAL from the Criminal Court of Marlin, Falls county. Tried below before the Hon. N. W. BATTLE.

The indictment was for the theft of an ox. The verdict was, guilty, assessing the punishment at two years in the penitentiary.

*J. L. Scott*, for the appellant.

*H. H. Boone*, Attorney General, and *W. B. Dunham*, for the State.

WHITE, J. A motion for a new trial was made, chiefly upon the ground of newly-discovered evidence. The main object of this new evidence, as shown by the affidavits, seems to be to impeach the principal witness for the state. A new trial will not be granted if the only object be to impeach the credit of a witness. *Scranton* v. *Tilley*, 16

Texas, 193; *Heber* v. *The State*, 7 Texas, 70; *West* v. *The State*, decided at the present term, *ante*, p. 209, and *Hauck* v. *The State*, 1 Texas Ct. of App. 357. Leaving out of the record entirely the testimony of the state's witness Shadrach Taylor, who is sought to be discredited and impeached by the newly-discovered evidence, and we think there would still be testimony amply sufficient to establish the guilt of the defendant.

The judgment of the lower court is affirmed.

*Affirmed.*